IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONDREA VINNING EL, Inmate #B63459,  )
                                      )
          Plaintiff,                  )
                                      )
vs.                                   )   CIVIL NO. 04-500-GPM
                                      )
JASON GARNETT and MARK BADER,         )
                                      )
          Defendants.                 )

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

07/25/06                                    By: s/ G. Patrick Murphy
*Date*                                           *District Judge*